IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHANECIA HAYDEN                                                                    PLAINTIFF

vs.                                         Civil No. 4:14-cv-04004

CAROLYN W. COLVIN                                                                DEFENDANT
Commissioner, Social Security Administration

## ORDER

    Plaintiff has filed a complaint in this matter together with a request for leave to proceed *in forma pauperis*.  After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit, and, accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED.**  The Court directs that a copy of the complaint filed herein, along with a copy of this order, be served by Plaintiff by certified mail, return receipt requested, on Defendant, Carolyn W. Colvin, Commissioner of the Social Security Administration, the U.S. Attorney General, and the U.S. Attorney's Office without prepayment of fees and costs or security therefor.  Defendant is ordered to answer within sixty (60) days from the date of service.

    **IT IS SO ORDERED this 6TH day of January 2014.**

                                                    /s/   Barry A. Bryant
                                                    HON. BARRY A. BRYANT
                                                    U.S. MAGISTRATE JUDGE